IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

**ENTERED**

OCT 0 7 2004

| | |
|---|---|
| MILAN NIKOLIC, | ) |
| Plaintiff, | ) |
| v. | ) CV 01-C-3274-J |
| JOHNNY BATES, M.D., et. al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

This is a civil action pursuant to 42 U.S.C. § 1983 filed by plaintiff, Milan Nikolic. In his *pro se* complaint, plaintiff names as defendants Dr. Johnny Bates, Warden Bill Owen, Capt. Joe Robertson, Lt. Boyette, Sgt. Boyette, Officer Jason Davis, Sgt. Wade Kizzire, Sgt. Jerry Scott, Officer Eugene Marbutt, and Officer Batchelder, and makes various constitutional claims against said defendants. As compensation for the alleged constitutional violations, plaintiff seeks monetary relief.

On September 15, 2004, the magistrate judge entered a report and recommendation, recommending that all claims against defendant Robertson be dismissed without prejudice for lack of prosecution. The magistrate judge further recommended that the motions for summary judgment filed by all remaining defendants with regard to all remaining claims be granted, with the exception of plaintiff's Eighth Amendment medical care claims against defendant Bates. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, all claims against defendant Robertson are due to



be DISMISSED WITHOUT PREJUDICE for lack of prosecution. Further, with the exception of plaintiff's Eighth Amendment medical care claims against defendant Bates, the Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to all remaining claims and all defendants. Thus, the motion for summary judgment filed by all defendants, excepting defendant Bates, is due to be GRANTED as a matter of law.

As this Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's Eighth Amendment medical care claims against defendant Bates, defendant Bates' motion for summary judgment is due to be DENIED as a matter of law, and said claim is due to be REFERRED to magistrate judge Paul W. Greene for further proceedings.

An appropriate order will be entered.

DATED this 6th day of October, 2004.

U. W. CLEMON
CHIEF DISTRICT JUDGE